```
                                         FILED
```

JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K           2012 NOV -5 AM 9: 38
COSTA MESA, CA 92627
Telephone: (949) 722-0055               U.S. DISTRICT COURT
Fax:(949) 722-8416                      CENTRAL DIST. OF CALIF.
                                        LOS ANGELES

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV12-9449 |
|---|---|
| Plaintiff, | NOTICE OF RELATED CASE |
| vs. | |
| TEENAH M. RUE, AKA | (DEPARTMENT OF EDUCATION) |
| TEENAH M. SHERLOCK, | |
| Defendant | |

Based upon information and belief, the undersigned, counsel of record for Plaintiff, United States of America, certifies that the following, related case against Defendant was dismissed without prejudice for failure to timely serve the defendant:

United States of America v. Teenah M. Rue

CV A 00-09888



DATED: October 26, 2012

JACQUELYNE M. NGUYEN
ATTORNEY FOR THE PLAINTIFF